IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENDA JOYCE FRANKLIN, | § | |
| TDJC-CID NO.835060, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3989 |
| | § | |
| WARDEN DEAN, | § | |
|     Respondent. | § | |

FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED without prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

Signed at Houston, Texas, this 5th day of January, 2007.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE